MARCH 29, 1982

No. 81–1564. KONIAG, INC. *v.* STRATMAN ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

No. 81–1000. CALIFORNIA STATE BOARD OF EQUALIZATION *v.* UNITED STATES. Affirmed on appeal from C. A. 9th Cir.

No. 81–1505. CAMELLIA CORP. *v.* CORNELL. Appeal from Sup. Ct. Ga. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–755. YATES *v.* UNITED STATES COAST GUARD ET AL. Application for injunction, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. A–783. KARCHER, SPEAKER, NEW JERSEY ASSEMBLY, ET AL. *v.* DAGGETT ET AL. D. C. N. J. Motions of appellees to vacate the stay entered by JUSTICE BRENNAN on March 15, 1982 [455 U. S. 1303], and requests to expedite docketing of the appeal denied.

No. A–791. CARPENTER *v.* JAMERSON, SHERIFF. Application to continue the stay entered by the Supreme Court of Ohio, addressed to JUSTICE BRENNAN and referred to the Court, denied.